IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

LIFE LINE FOODS, LLC, )
)
       Plaintiff, )
) Civil Action No. 1:10-cv-289
v. )
)
AMERICAN TEXTILE COMPANY, INC., )
)
       Defendant. )

CERTIFICATE OF CORPORATE INTEREST

I, the undersigned, counsel of record for Life Line Foods, LLC, certify to the best of my knowledge and belief:

  __X__   My client has no corporate interests to be identified under Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4.

  ____   My client has the following parent corporation(s):

  ____   The following publicly held corporation(s) own 10% or more of my client's stock:

Dated: October 22, 2010                  s/Michael J. Bradford
                                                 Michael J. Bradford – BPR No. 22689
                                                 Mark S. Graham – BPR No. 11505
                                                 Attorneys for Plaintiff
                                                 P. O. Box 1871
                                                 Knoxville, TN 37901
                                                 Phone: (865) 546-4305
                                                 Facsimile: (865) 523-4478