IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LIFE LINE FOODS, LLC, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:10-cv-289 |
| v. | ) |
| AMERICAN TEXTILE COMPANY, INC., | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO EXTEND TIME TO SERVE DEFENDANT

Plaintiff, Life Line Foods, LLC, hereby moves this Court pursuant to Federal Rules of Civil Procedure Rule 6(b) for leave to extend time to serve Plaintiff's complaint on the Defendant by an additional ninety (90) days. The original due date under Federal Rules of Civil Procedure Rule 4(m) falls on or about February 17, 2011. The requested extension would extend this date to May 18, 2011. This request is being made by Plaintiff in order to retain the status quo to facilitate ongoing settlement negotiations. Plaintiff respectfully asserts that ongoing settlement negotiations is good cause under these circumstances. The Defendant has consented to the extension.

Respectfully submitted,

LUEDEKA, NEELY & GRAHAM, P.C.

By: s/Michael J. Bradford

Michael J. Bradford – BPR No. 22689
Mark S. Graham – BPR No. 11505
P.O. Box 1871
Knoxville, TN 37901

Phone: (865) 546-4305
Facsimile: (865) 523-4478

Attorneys for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 8th day of February, 2011, a copy of the foregoing was filed electronically. Parties that are engaged in ongoing settlement negotiations regarding this matter will be sent a copy by regular U.S. mail.

<u>s/Michael J. Bradford</u>