UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| LIFE LINE FOODS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:10-CV-289 |
| v. ) | *Collier / Lee* |
| ) | |
| AMERICAN TEXTILE COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the motion of Plaintiff pursuant to Fed. R. Civ. P. 6(b) for an extension of time in which to serve Defendant with the complaint [Doc. 4]. Plaintiff represents the extension is necessary to preserve the "status quo" while the parties conduct settlement negotiations. Plaintiff also represents that Defendant does not oppose the motion. For good cause shown, Plaintiff's motion [Doc. 4] is **GRANTED**. Plaintiff shall serve Defendant with its complaint by **May 18, 2011**.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE